UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

CIVIL ACTION NO. 5:09-42-KKC

LARRY HOLLAND and PAULA HOLLAND, PLAINTIFF

v. **OPINION AND ORDER**

UNITED STATES OF AMERICA, DEFENDANT,

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

This matter is before the Court on the Motions to Dismiss filed by former Third Party Defendants Midwest Gastroenterology Associates, PLLC (DE 27, 52) and Jewish Hospital & St. Mary's Healthcare, Inc. d/b/a Jewish Hospital (DE 31, 56).

The Third Party Complaints against these third-party defendants have been dismissed pursuant to the agreement of the parties (DE 55, 58). Accordingly, these motions to dismiss (DE 27, 31, 52, 56) are DENIED as moot.

Dated this 6th day of July, 2010.



Signed By:

*Karen K. Caldwell* KKC

**United States District Judge**